UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 11, 2020
```

90-CR-306 (KMW)

**ORDER**

v.

FERNANDO GIL,

        Defendant.
---------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

      On April 29, 2020, the Court ordered the Government to respond to Defendant's motion for compassionate release by May 8, 2020. (ECF No. 542.) The Court has not yet received any response from the Government. Should the Government fail to respond by 5:00 p.m. today, May 11, 2020, the Government will be deemed to have waived its right to respond to Defendant's motion.

SO ORDERED.

Dated: New York, New York
       May 11, 2020

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                      United States District Judge