*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2020

**MEMO ENDORSED**

**BY ECF**

The Honorable Kimba H. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *United States v. Fernando Gil*, 90 Cr. 306-2 (KMW)

Dear Judge Wood:

      The Government respectfully files this letter motion to seek an order extending, *nunc pro tunc*, the deadline for the Government's response to defendant Fernando Gil's motion for compassionate release. (*See* Docket Nos. 539, 541, 542, 544). Because the Assistant United States Attorney who handled this matter has since left the Office, the Government was not aware of the defendant's motion or the Government's May 8 and May 11 deadlines until receiving a call today from the Court's law clerk. If the Court grants the Government leave to file a response, the Government respectfully requests one week to do so.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by: ___/s/_____
      Micah F. Fergenson
      Assistant United States Attorney
      (212) 637-2190

cc:   Jeremy Brian Gordon, Esq. (By ECF)

The Government's request is GRANTED. The Government shall respond to Defendant's motion by May 19, 2020.

SO ORDERED.

      /s/ Kimba M. Wood    5/12/2020
      United States District Judge