```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                    90-CR-306 (KMW)

FERNANDO GIL,                                **ORDER**

        Defendant.
---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

    Defendant Fernando Gil, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).   (ECF No. 553.)

    No later than July 29, 2022, the Government shall respond to Defendant's motion.

Defendant's reply, if any, must be submitted by September 2, 2022.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

    SO ORDERED.

Dated: New York, New York
       July 15, 2022

                                                      */s/ Kimba M. Wood*
                                                    KIMBA M. WOOD
                                        United States District Judge