UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11-1-2022_____

-against-

90-CR-306 (KMW)

**ORDER**

FERNANDO GIL,

                      Defendant.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

On September 15, 2022, the Court denied Defendant Fernando Gil's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 559.)  On October 3, 2022, Mr. Gil filed a motion for reconsideration.  (ECF No. 560.)  The Government is directed to respond to Mr. Gil's motion by November 18, 2022.  Mr. Gil's Reply, if any, must be submitted by December 30, 2022.

SO ORDERED.

Dated: New York, New York
         November 1, 2022

                                      */s/ Kimba M. Wood*
                                        KIMBA M. WOOD
                                   United States District Judge