UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/25

    -against-

FERNANDO GIL,

                Defendant.

-----------------------------------------------------------------x

**ORDER**
90 CR 306 (KMW)

KIMBA M. WOOD, District Judge:

The Court hereby grants the defendant's Motion to Proceed in Forma Pauperis, filed on October 31, 2024 (Doc. # 570).

SO ORDERED.

Dated: New York, New York
       January 21, 2025

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE